# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WENDI A. MARYNIAK, and<br><br>ROGER BOND,<br><br>　　　　　　Defendants. | CASE NO:  2:19-cr-315-JAD-NJK<br><br>ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARINGS<br><br>ECF No. 139 |

Based on the pending Stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing hearings in *United States v. Wendi A. Maryniak and Roger Bond*, 2:19-cr-315-JAD-NJK, previously scheduled for July 10, 2023, at 10:00 a.m. and 11:00 a.m. respectively, are vacated and continued until October 24, 2023, at 10:00 a.m. for defendant Maryniak and 11:00 a.m. for defendant Bond.

Dated this 27th day of June, 2023.

By: _____
JUDGE JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE